UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James E. Moore and Tim McGough, as Trustees of the Carpenters & Joiners Welfare Fund, Twin City Carpenters Pension Master Trust Fund, and Twin City Carpenters Vacation Fund; James E. Moore as Trustee of the Carpenters and Joiners Apprenticeship and Journeymen Training Trust Fund, and each of their successors,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Retail Construction Solutions, LLC and Thomas J. Randall, individually,<br><br>　　　　　　Defendants. | Civil File No. 10-0315 DSD/FLN<br><br><br><br><br><br><br><br><br><br>**CONTEMPT ORDER** |

The above referenced matter came before the District Court upon Plaintiffs' Motion for an Order to Show Cause on July 9, 2010. Amanda R. Cefalu, Esq., appeared on behalf of Plaintiffs.

Although the District Court had previously issued an Order to Show Cause directing Defendants, and specifically Thomas J. Randall, to appear on July 9, 2010 at 8:45 a.m. to show cause, if any, as to why a contempt of court order should not be entered adjudging Defendants to be in civil contempt of this Court for failing to comply with a Default Order issued on April 30, 2010 Defendants and Thomas J. Randall did not appear. Plaintiffs also informed the Court that Defendants have not complied with the April 30, 2010 Default Order. This Court finds that due to their failure to appear Defendants are in civil contempt of Court.

**IT IS HEREBY ORDERED:**

1. A Bench Warrant shall issue for the arrest of Thomas J. Randall to secure his appearance and compliance with this Order. The Bench Warrant shall be stayed, however, until July 16, 2010 as outlined below.

2. Defendants, and specifically, Thomas J. Randall or any other person operating Defendant Retail Construction Solutions, LLC, are ordered to appear before this Court on **Friday, July 16, 2010 at 9:00 a.m.**, in Courtroom 14W, United States Courthouse, 300 South Fourth Street, Minneapolis, MN to show cause, if any, why Thomas J. Randall as principal officer of Retail Construction Solutions, LLC should not be committed to confinement until compliance with the Court's Order dated April 30, 2010. **FAILURE TO APPEAR AT THIS HEARING SHALL RESULT IN A BENCH WARRANT BEING ISSUED BY THIS COURT AND THE ARREST AND DETENTION OF MR. THOMAS J. RANDALL.**

3. Defendants are ordered to produce to Plaintiffs counsel, Amanda R. Cefalu, Anderson Helgen Davis & Nissen, 150 S. Fifth Street, Suite 3100, Minneapolis, MN 55402 the following records as previously ordered on April 30, 2010:

   (i) fringe fund reports for the months of September 2009, October 2009, November 2009, December 2009, January 2010, February 2010;

   (ii) A complete set of business records for inspection and audit for the period of August 2009 through the present:

   - All payroll registers or journals;
   - All time cards;
   - All Internal Revenue 941 quarterly reports;
   - All Internal Revenue W-2 and W-3 forms;

- All payments to any individuals for labor or services, regardless of whether Defendants classifies such individual as an employee or as a subcontractor;
- All business checking account registers or journals;
- All checking account bank statements, including copies of all checks issued from the accounts;
- All Minnesota quarterly unemployment reporting forms (MUTAs) and quarterly tax forms
- All records identifying the type of work performed by each employee;
- Any such additional records as are deemed necessary to the performance of such audit by representatives of Plaintiffs;

4. Defendants shall produce the documents listed above to Plaintiffs on or before Friday, July 16, 2010 or such records shall be produced to the Court at the hearing. Failure to comply with this direction may result in Defendants being committed to confinement for contempt of Court.

5. If Defendants have questions concerning their rights, Defendants should immediately consult with an attorney. Defendants may also contact the Court regarding this Order.

BY THE COURT:

Dated: July 12, 2010

s/David S. Doty
David S. Doty, Judge
United States District Court